UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |

3:09-md-02100-DRH-PMF

MDL No. 2100

**This Document Relates To:**

*Susan Bonham, et al. v. Bayer Corporation, et al.* No. 3:12-cv-20037-DRH-PMF

*Victoria Phillips v. Bayer Corporation, et al.*     No. 3:11-cv-20122-DRH-PMF

*Erin Railey, et al. v. Bayer Corporation, et al.*     No. 3:12-cv-20055-DRH-PMF

JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on February 22, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
 Deputy Clerk

Dated:  February 28, 2013

Digitally signed by David R. Herndon
Date: 2013.02.28 10:40:31 -06'00'

APPROVED:
 CHIEF JUDGE
 U. S. DISTRICT COURT